Z. KATHRYN BRANSON, ESQ.
Nevada Bar #11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada  89113.4470
Telephone:   702.862.8800
Fax No.:      702.862.8811
kbranson@littler.com

Amanda M. Breemes, Esq.
*Pro Hac Vice* Admitted
LITTLER MENDELSON, P.C.
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016-422
Telephone:   602.474.3616
ABreemes@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTEFANIA CORREA RESTREPO,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC; DOES I-X,<br><br>Defendant. | Case No. 2:25-cv-00119-RFB-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND ALL DEADLINES**<br><br>**(FOURTH REQUEST)** |

Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Defendant AMAZON.COM SERVICES LLC ("Defendant") and Plaintiff ESTEFANIA CORREA RESTREPO ("Plaintiff") (collectively, the "Parties") stipulate to amend the Discovery Plan and Scheduling Order (ECF No. 22) by extending all deadlines for a period of ninety (90) days.

This is the fourth request to extend all deadlines and Scheduling Order in this matter.  The requested extension is sought in good faith and not for purposes of undue delay.  This request is submitted at least twenty-one (21) days or more before the expiration of the subject deadlines.

**DISCOVERY COMPLETED**

The parties have exchanged initial and supplemental disclosures of documents and

witnesses in accordance with FRCP 26(a)(1) and have sent written discovery requests. Both parties have responded to these written discovery requests. They have continued to meet and confer regarding the Defendant's written discovery. Although both parties have scheduled depositions, they now need to reschedule them due to an unexpected leave of absence by the Defendant's counsel in Nevada.

## DISCOVERY REMAINING TO BE COMPLETED

Conduct depositions. Propound additional discovery following depositions.

## REASONS FOR REQUESTED EXTENSION

The lead counsel for Defendant in Nevada is unexpectedly on leave, and it is unclear when she will return. Given this situation, Defendant plans to submit a notice for a substitution of counsel within the firm. Defendant is requesting an extension to allow the new counsel to have adequate time to familiarize themselves with the case before the upcoming key depositions.

## PROPOSED REVISED DISCOVERY PLAN

**1.    Discovery Cut-Off Date:**

The Parties' current deadline for completing discovery is **March 20, 2026**. The Parties request that the Court extend that deadline to **June 18, 2026**.

**2.    Dispositive Motions:**

The Parties' current deadline to file dispositive motions is **April 20, 2026**. The Parties request that the Court extend that deadline to **July 20, 2026**.

**3.    Pretrial Order:**

If no dispositive motions are filed, the Joint Pretrial Order shall be filed thirty (30) days after the date set for the filing of dispositive motions. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

**4.    Extensions or Modifications of the Discovery Plan and Scheduling Order:**

In accordance with Local Rule 26-3, a stipulation or motion for modification or extension of this discovery plan and scheduling order must be made no later than twenty (21) days before the expiration of the subject deadline.

The Parties make this stipulation in good faith and not for the purposes of undue burden or delay.

Dated: February 3, 2026

Dated: February 3, 2026

*/s/ Ruthann Devereaux-Gonzalez*
Leon Greenberg, Esq.
Ruthann Devereaux-Gonzalez, Esq.
LEON GREENBERG PROFESSIONAL
CORPORATION

*/s/ Amanda Breemes*
Z. Kathryn Branson, Esq.
Amanda Breemes *(Admitted Pro Hac)*
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
AMAZON.COM SERVICES LLC

*/s/ Ruthann Devereaux-Gonzalez*
James P. Kemp, Esq.
KEMP & KEMP, ATTORNEYS AT LAW

*Attorneys for Plaintiff*
ESTEFANIA CORREA RESTREPO

**IT IS SO ORDERED.**

Dated: _____ February 4 ____, 2026

_____
UNITED STATES MAGISTRATE JUDGE