WENDY M. KRINCEK, ESQ.
Nevada Bar #6417
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada  89113.4470
Telephone:     702.862.8800
Fax No.:        702.862.8811
wkrincek@littler.com

Amanda M. Breemes, Esq.
*Pro Hac Vice* Admitted
LITTLER MENDELSON, P.C.
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016-422
Telephone: 602.474.3616
abreemes@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ESTEFANIA CORREA RESTREPO,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES LLC; DOES I-X,<br><br>Defendant. | Case No. 2:25-cv-00119-RFB-DJA<br><br>**MOTION TO REMOVE COUNSEL Z. KATHRYN BRANSON, ESQ. FROM THE CM/ECF SERVICE LIST** |

Defendant, AMAZON.COM SERVICES LLC, hereby moves this Court for an Order removing Z. Kathryn Branson, Esq. from the electronic service list for this case.

/ / /

/ / /

/ / /

Ms. Branson is no longer affiliated with Littler Mendelson P.C. and, therefore, no longer represents Defendant AMAZON.COM SERVICES LLC and will no longer be involved in this matter. As such, Defendant respectfully requests that this Court grant an Order removing her from the electronic service list for this case.

Dated: April 16, 2026

LITTLER MENDELSON, P.C.


*/s/ Wendy M. Krincek, Esq.*
WENDY M. KRINCEK
AMANDA BREEMES *(Admitted Pro Hac)*

Attorneys for Defendant
AMAZON.COM SERVICES LLC


IT IS THEREFORE ORDERED that the motion (ECF No. 39) is GRANTED.  IT IS FURTHER ORDERED that the Clerk of Court is kindly directed to remove attorney Z. Kathryn Branson, Esq. from the electronic service list for this case.


DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 20, 2026

**<u>PROOF OF SERVICE</u>**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 501 W. Broadway, Suite 900, San Diego, CA 92101-3577.  On April 16, 2026, I served the within document(s):

**MOTION TO REMOVE COUNSEL Z. KATHRYN BRANSON, ESQ.
FROM THE CM/ECF SERVICE LIST**

☒    By **<u>CM/ECF Filing</u>** – Pursuant to FRCP 5(b)(3) and LR  5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Leon Greenberg, Esq.
Ruthann Devereaux-Gonzalez, Esq.
LEON GREENBERG PROFESSIONAL CORPORATION
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

James P. Kemp, Esq.
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
jp@kemp-attorneys.com

Attorneys for Plaintiff
Estefania Correa Restrepo

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 16, 2026, at San Diego, CA.

*/s/ Erin J. Melwak*
Erin J. Melwak
Littler Mendelson