WENDY M. KRINCEK, ESQ.
Nevada Bar #6417
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113.4470
Telephone: 702.862.8800
Fax No.: 702.862.8811
wkrincek@littler.com

Amanda M. Breemes, Esq.
*Pro Hac Vice* Admitted
LITTLER MENDELSON, P.C.
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016-422
Telephone: 602.474.3616
abreemes@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ESTEFANIA CORREA RESTREPO,

Plaintiff,

v.

AMAZON.COM SERVICES LLC; DOES I-X,

Defendant.

Case No. 2:25-cv-00119-RFB-DJA

ORDER
**~~JOINT MOTION~~ TO CONTINUE AND RESET HEARING ON AMAZON'S EMERGENCY PROTECTIVE MOTION**

Defendant Amazon.com Services LLC ("Amazon") and Plaintiff jointly move the Court to continue the hearing on Amazon's Emergency Protective Motion (Dkt. 50), currently set for October 8, 2026. Defense counsel's daughter is scheduled to undergo surgery on October 7, 2026, the day before the hearing, which will prevent defense counsel from attending the hearing as scheduled.

The parties have met and conferred regarding this issue and agree that continuing the hearing is appropriate. The parties respectfully request that the Court reset the hearing to a date during either the week of September 28, 2026, or the week of October 26, 2026. For these reasons,

the parties jointly request that the Court continue the October 8, 2026 hearing and reset it to a mutually convenient date during one of the identified weeks.

Dated: September 3, 2026

LITTLER MENDELSON, P.C.

*/s/ Amanda M. Breemes, Esq.*
WENDY M. KRINCEK
AMANDA BREEMES *(Admitted Pro Hac)*

Attorneys for Defendant
AMAZON.COM SERVICES LLC

*/s/ James Kemp*
JAMES P. KEMP, ESQ.
KEMP & KEMP, ATTORNEYS AT LAW

*/s/ Ruthann Devereaux-Gonzalez*
RUTHANN DEVEREAUX-GONZALEZ, ESQ.
LEON GREENBERG PROFESSIONAL CORPORATION

Attorneys for Plaintiff
ESTEFANIA CORREA RESTREPO

The Court **GRANTS** the parties' stipulation to continue the hearing on Defendant's Emergency Protective Motion (ECF No. 50) and **VACATES** the October 8, 2026, hearing. However, the Court is not available on the parties' proposed dates. The parties are therefore directed to provide five mutually agreeable dates on which they are available in November on or before **October 8, 2026.**

**IT IS SO ORDERED.**

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 9/8/2026

**PROOF OF SERVICE**

I am a resident of the State of Arizona, over the age of eighteen years, and not a party to the within action. My business address is 2425 E. Camelback Road, Suite 900, Phoenix, Arizona 85016. On September 3, 2026, I served within document(s):

**AMAZON.COM SERVICES LLC'S MOTION TO RESET HEARING ON AMAZON'S EMERGENCY PROTECTIVE MOTION DUE TO UNAVAILABILITY OF COUNSEL**

☒ By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-1, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Leon Greenberg, Esq.
Ruthann Devereaux-Gonzalez, Esq.
LEON GREENBERG PROFESSIONAL CORPORATION
1811 South Rainbow Blvd - Suite 210
Las Vegas, Nevada 89146
leongreenberg@overtimelaw.com
ranni@overtimelaw.com

James P. Kemp, Esq.
KEMP & KEMP, ATTORNEYS AT LAW
7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
jp@kemp-attorneys.com

Attorneys for Plaintiff
Estefania Correa Restrepo

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 3, 2026, at Phoenix, Arizona.

*/s/ Vicky Ramirez*
Vicky Ramirez



LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800